UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

NOV 1 3 2017

JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 16 CR 462-7 |
| | ) Judge Rebecca R. Pallmeyer |
| RUBEN MORENO, | ) |
| Defendant. | ) |

## PLEA DECLARATION

Defendant, **RUBEN MORENO,** individually and by counsel, **ROBERT L. RASCIA,** pursuant to Rule 11 of the Federal Rules of Criminal Procedure, seeks leave to withdraw his previously entered plea of not guilty and enter a plea of guilty to count one of the indictment in this case.

The defendant represents to the court as follows:

1. The defendant is petitioning the Court to accept his plea of guilty to Count One of the indictment in this matter, charging the defendant with violating Title 18, U.S.C. Section 1962 (c).

2. The defendant's full name is Ruben Moreno.

3. The defendant is 25 years old.

4. The defendant was born in Berwyn, Illinois, and is a United States Citizen.

5. The defendant has completed 9 years of academic training.

6. The defendant has received a copy of the indictment. The defendant has reviewed and discussed the indictment with his attorney, Robert L. Rascia. The defendant

RASCIA & HIMEL, LTD.

ATTORNEYS AT LAW
650 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100

1

understands the charges brought against him in this case, specifically counts one, six and the forfeiture allegation.

7.    The defendant will plead guilty because he is in fact guilty of the charge contained in count one of the indictment.

8.    The defendant acknowledges that with respect to count one, beginning no later than in or about 1999, and continuing to in or about July 16, 2016, in the Northern District of Illinois, Eastern Division and elsewhere, there was a criminal enterprise known as the Almighty Latin Kings Nation. The enterprise included the defendant, Ruben Moreno, the individuals named in count one of the indictment, and others. The Latin Kings, including its leadership, members and associates constituted an "enterprise" as defined in 18 U.S.C. § 1961 (4), that is, a group of individuals associated in fact, which engaged in, and the activities of which affected, interstate and foreign commerce. The Latin Kings enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objective of the enterprise.

Ruben Moreno had been a member of the Latin Kings from 2010 through 2016. Ruben Moreno admits that he knowingly conspired to conduct and participate in the conduct of the affairs of the Latin Kings through a pattern of racketeering activity, which included threats, intimidation and violence, including multiple acts of extortion as defined under 18 U.S.C. § 1961 and other acts of violence, such as "violations." The defendant admits that he agreed that members of the conspiracy would commit at least two acts of racketeering activity in furtherance of the enterprise.

9.    Mr. Moreno understands that the charge to which he is pleading guilty carries the following statutory penalties:

RASCIA & HIMEL, LTD.

ATTORNEYS AT LAW
650 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100

A statutory maximum sentence of 20 years imprisonment and a statutory maximum fine of $250,000.00. Mr. Moreno understands the court may additionally impose a term of supervised release lasting not more than three years. Additionally, in accordance with Title 18 U.S.C. § 3013, Mr. Moreno will be assessed $100 on the count he has pled guilty to, in addition to any other penalty or restitution imposed.

10. The defendant understands that he may have to pay a fine.

11. The defendant understands that he has the right to be represented by an attorney at every stage of this legal proceeding and if he is financially unable to hire an attorney one will be appointed to represent him.

12. The defendant understands that he has a right to plead not guilty, or to persist in a not guilty plea already made, and that if he chooses to plead not guilty the Constitution guarantees him the following rights which he acknowledges and he is waiving by pleading guilty;

   (a) the right to a speedy and public trial by a jury; or, if both parties and the Court agree, a trial by the judge sitting without a jury;

   (b) if the trial is by jury, the right to have some say in who would be selected as jurors by exercising "cause" challenges for jurors who have an actual bias or other disqualifying reason, or by exercising "peremptory challenges" even where no actual bias is shown;

   (c) the right to confront and cross-examine adverse witnesses;

   (d) the right to use the power and the process of the court to compel the production of any evidence, including the attendance of any witnesses in my favor, at my trial;

   (e) the right to the assistance of counsel at every stage of the proceedings, including an appeal if need be;

   (f) the right to remain silent, including a right not to be compelled to testify at my trial, including the right to have the jury instructed that my silence could not be held against me;

RASCIA & HIMEL, LTD.

ATTORNEYS AT LAW
650 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100

3

(g) the right to testify in my own defense at the trial if I so choose; and

(h) a right to appeal my conviction and my sentence to a higher Court even if I am financially unable to pay the cost of an appeal.

13. The defendant understands that while he cannot appeal his conviction if he pleads guilty, he can appeal his sentence.

14. The defendant understands that if his plea of guilty is accepted by the Court there will not be a further trial of any kind and that by pleading guilty he waives the right to a trial.

15. The defendant has discussed with his attorney the advisory sentencing guidelines, and the defendant understands that the Court must calculate the guidelines, consider them in determining a reasonable sentence, but that the Court is not required to impose a guideline sentence. Rather, it is the defendant's understanding that the Court will impose a sentence consistent with the factors set forth in Title 18 U.S.C. §3553 (a).

16. The defendant understands that errors in calculations or interpretations of any of the guidelines may be corrected by either party prior to sentencing. The parties may correct these errors or misinterpretations either by stipulation or by a statement to the probation office and/or court setting forth the disagreement as to the correct guidelines and their application.

17. The defendant declares that he offers his plea of guilty freely and voluntarily and of his own accord. No promises or threats have been made to me the defendant to induce him to enter a plea of guilty.

Dated: 11/13/17

_____
**RUBEN MORENO**, Defendant

_____
**ROBERT L. RASCIA**, Attorney
For the Defendant

Rascia & Himel, Ltd.

ATTORNEYS AT LAW
650 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100